In the Matter of BRAD WHITE, Appellant, v DARWIN LACLAIR, as Superintendent of Franklin Correctional Facility, et al., Respondents.

Submitted September 29, 2014; decided October 28, 2014

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic.

In the Matter of KATHY WILSON et al., Appellants, v GEORGINA BOWMAN, Respondent, et al., Respondents.

Submitted October 29, 2014; decided October 30, 2014

Motion for leave to appeal denied. The Court of Appeals restates the rule that denial of a motion for leave to appeal is not equivalent to an affirmance and has no precedential value (*see Matter of Marchant v Mead-Morrison Mfg. Co.*, 252 NY 284, 297-298 [1929]).

Judge READ taking no part.